```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>Karen D. Piggee,<br><br>            Defendant | No. CV 13-02629<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Karen D. Piggee, in the principal amount of $2,190.70 plus interest accrued to April 11, 2013, in the sum of $2,343.10; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,533.80**.

DATED: April 24, 2013        By: Terry Nafisi
                                                      Clerk of the Court

                                                            Brent Pacillas
                                                             Deputy Clerk
                                            United States District Court